Kelly L. WATTS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40886.

Missouri Court of Appeals,
Western District.

March 21, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 2, 1989.

Sean D. O'Brien, Public Defender, Leon
Munday, Asst. Public Defender, Kansas
City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before MANFORD, P.J., and
TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of Rule
27.26 motion for post-conviction relief.

Affirmed.  Rule 84.16(b).